1  BESS M. BREWER, #100364
   LAW OFFICE OF BESS M. BREWER
2  P.O. Box 5088
   Sacramento, CA 95817
3  Telephone: (916) 385-7517

4

5  Attorney for Plaintiff

6

7

8

9

10

11

12                    UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  ANGELA PIRTLE,                    No.  2:16-cv-1080-KJN

16              Plaintiff,

17       v.                          **STIPULATION AND ~~PROPOSED~~ ORDER
                                     EXTENDING PLAINTIFF'S TIME TO
18  COMMISSIONER OF SOCIAL           FILE SUMMARY JUDGMENT MOTION**
    SECURITY,
19

20              Defendant.

21

22       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

23  plaintiff's time to file her summary judgment motion is hereby extended from April 10, 2017, to

24  May 5, 2017, with all other deadlines extended accordingly. This extension is required because

25  plaintiff's counsel is working on an older brief that need to be filed and taxes.

26  ////

27  ////

28  ////

                                          1

1    Dated: April 10, 2017                             /s/Bess M. Brewer

BESS M. BREWER

2                                                Attorney at Law

3                                                Attorney for Plaintiff

4

5    Dated: April 10, 2017                             Phillip A. Talbert

6                                                United States Attorney

7                                                Deborah Lee Stachel

8                                                Regional Chief Counsel, Region IX

Social Security Administration

9

10                                                /s/ Daniel P. Talbert

11                                                Daniel P. Talbert

Special Assistant United States Attorney

12                                                Attorneys for Defendant

13

14

15                                             **ORDER**

16

17    APPROVED AND SO ORDERED.

18    Dated:  April 17, 2017

19

20                                                KENDALL J. NEWMAN

UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28