UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANGELA PIRTLE, | No. 2:16-cv-01080-KJN |
|---|---|
| Plaintiff, | |
| v. | ORDER AND |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER TO SHOW CAUSE |
| Defendant. | |

On February 13, 2018, the court ordered defendant to respond to plaintiff's motion for attorney fees (ECF No. 20), or to submit a stipulation by the parties, by March 15, 2018. (ECF No. 21.) To date, no response or stipulation has been received.

Accordingly, IT IS HEREBY ORDERED that, **within 14 days of this order**:

1. Defendant shall show cause in writing why sanctions should not be imposed for its failure to comply with the court's order.
2. Defendant shall provide an opposition, statement of non-opposition, or a stipulation by the parties, regarding plaintiff's motion for attorney fees (ECF No. 20). Failure to respond will be deemed as non-opposition to plaintiff's motion.

////

////

1

IT IS SO ORDERED.

Dated: March 29, 2018

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE