MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA PIRTLE,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:16-cv-1080-KJN<br><br>ORDER AWARDING EAJA FEES AND DISCHARGING ORDER TO SHOW CAUSE |

//
//
//
//
//
//
//

Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), filed February 12, 2018 (ECF No. 20), is hereby granted. Plaintiff is awarded $5,117.74 in fees pursuant to the EAJA. The Order to Show Cause dated March 29, 2018 (ECF No. 22), is hereby discharged.

Dated: May 2, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE